■ JACQUELINE NEGLIA, as Administratrix of the Estate of FRANK VETRANO, Deceased, et al., Respondents, v JAMES MAFFUCCI, M.D., et al., Appellants. [929 NYS2d 851]—An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Wilma Guzman, J.), entered on or about March 15, 2010, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated July 28, 2011, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Gonzalez, P.J., Tom, Sweeny, Richter and Manzanet-Daniels, JJ.

■ In the Matter of EDWARD SIMMELKJAER, Petitioner, v ROBERT DOAR et al., Respondents. [929 NYS2d 851]—An appeal having been taken to this Court by the above-named petitioner from an order of the Supreme Court, New York County (Rolando T. Acosta, J.), entered on or about February 23, 2007, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto filed September 20, 2011, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Sweeny, Moskowitz and Renwick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY EPHRAM, Appellant. [930 NYS2d 170]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Seth L. Marvin, J.), rendered on or about February 18, 2010, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Andrias, J.P., Sweeny, Moskowitz, Richter and Román, JJ.